# UNITED STATES DISTRICT COURT
for the
District of Arizona ▼

_____ Civil_ Division

✗ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 2 0 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| Danny Abetya<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>United States Postal Service<br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. __CV21-00331-TUC-RM__<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☑ No<br><br><br><br>THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.<br>REFERENCE __LRCiv P 5.4__<br>(Rule Number/Section) |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Danny Abeyta |
| Street Address | 4756 S 16th Lane |
| City and County | Safford, Graham |
| State and Zip Code | AZ, 85546 |
| Telephone Number | 928-322-4514 |
| E-mail Address | |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name: United States Postal Service
    Job or Title (if known):
    Street Address: 1720 Market Streeet, Room 2400
    City and County: St. Louis, St Louis
    State and Zip Code: MO. 63155-9948
    Telephone Number: 314-345-5820
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Danny Abeyta, is a citizen of the State of *(name)* Arizona.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* United States Postal Service, is incorporated under the laws of the State of *(name)* Missouri, and has its principal place of business in the State of *(name)* Arizona.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Statement of Claim on Attached Statement #1

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

| | |
|---|---|
| Medical Bills CoPays: | $ 1,188.00 |
| Mileage: | $ 377.85 |
| Time of work  16 days @ $100 | $ 1,600.00 |
| Disability after Injury can only work 4 days instead of 5 days a week | |
| 52 days X 2 years = 104 days @ $100 | $ 10,400.00 |
| Total | $ 13,565.85 |

Danny Abeyta -v- United States Postal Service          Claim No. _____

Statement #1

III. Statement of Claim:

I was injured at the Safford United States Post Office on November 12, 2016. The front door was a heavy metal door that most older Post offices use to this day. I was walking into the post office when the door snapped back and almost cut off the tips of my finger. At the time of the incident, I was a Barber and it changed my life. I hired an Attorney to assist me with my case. In September of 2019, I was given notice that my attorney was no longer going to represent me. I found another Attorney that knew my case and I gave her my file in October 2019. I was unable to reach, contact her the beginning of 2020. My struggles to find representation was not successful for at this time because of Covid was at its strongest point and I was unable to Safford. I decided to represent myself and in February 22, 2021 was told that my claim was denied because of the time limitations. Of course, I was disappointed because all the time and energy that I had given to my case was unbelievable.

My injuries that I endured were a direct result of the Postal Service's neglect and maintenance of their building. This was the Post Office's responsibility to have the door repaired or a sign (Out of Order) to save this from happening to me or any other customer. The Post Office employees gave me paper towels because I was bleeding all over the floors with customers all around me. They CLOSED the Post Office and sent me on my way. They even neglected to call 911 for assistance. I was 78 years old at the time, bleeding everywhere, and left on own because they wanted everyone out of the post office so they could close the doors.

I have documents of all the medical bills, travel to and from doctor appointments, time off work, photos and stress. If you would like more information or documentation on any of the above, I can provide it. I have emails to back up everything that I wrote in this statement. The damages I am requesting is $15,000.00

IV.

| | |
|---|---|
| Medical Bills CoPays: | $ 1,188.00 |
| Mileage: | $ 377.85 |
| Time of work 16 days @ $100 | $ 1,600.00 |
| Disability after Injury can only work 4 days instead of 5 days a week 52 days X 2 years = 104 days @ $100 | $ 10,400.00 |
| **Total** | **$ 13,565.85** |

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-26-2021

Signature of Plaintiff: *Danny L. Abeyta*
Printed Name of Plaintiff: Danny O. Abeyta

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____