**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danny Abeyta, | No. CV-21-00331-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| United States Postal Service, | |
| Defendant. | |

On September 14, 2021, the Court issued an Order dismissing Plaintiff's Complaint with leave to amend because the Complaint failed to state a basis for federal jurisdiction. (Doc. 5.) On October 29, 2021, Plaintiff filed a First Amended Complaint ("FAC"). (Doc. 6.) The Court will dismiss the FAC with leave to amend.

**I.     Statutory Screening of Complaints**

The Prison Litigation Reform Act states that a district court "shall dismiss" an in forma pauperis complaint if, at any time, the court determines that the action "is frivolous or malicious" or that it "fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2). "[S]ection 1915(e) applies to all in forma pauperis complaints, not just those filed by prisoners." *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) (en banc); *see also Calhoun v. Stahl*, 254 F.3d 845 (9th Cir. 2001) (per curiam).

A pleading must contain a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2) (emphasis added). While Rule 8 does not demand detailed factual allegations, "it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). "Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." *Id*.

"[A] complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft*, 556 U.S. at 678 (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). A claim is plausible "when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id*. "Determining whether a complaint states a plausible claim for relief [is] . . . a context-specific task that requires the reviewing court to draw on its judicial experience and common sense." *Id*. at 679. Thus, although a plaintiff's specific factual allegations may be consistent with a constitutional claim, a court must assess whether there are other "more likely explanations" for a defendant's conduct. *Id*. at 681.

As the United States Court of Appeals for the Ninth Circuit has instructed, courts must "continue to construe pro se filings liberally." *Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010). A complaint filed by a pro se litigant "must be held to less stringent standards than formal pleadings drafted by lawyers." *Id*. (internal quotation omitted). If the Court determines that a pleading could be cured by the allegation of other facts, a pro se litigant is entitled to an opportunity to amend a complaint before dismissal of the action. *See Lopez*, 203 F.3d at 1127-29.

**II.  Plaintiff's First Amended Complaint**

In his one-count FAC, Plaintiff alleges that he was injured at the United States Post Office in Safford, Arizona when a broken door hit his hand. (Doc. 6 at 6.) As a result of his injuries, he is seeking $15,000 in damages. (*Id*.) Plaintiff alleges federal question

jurisdiction pursuant to 28 U.S.C. §§ 2671-2680, the Federal Tort Claims Act ("FTCA"). (*Id*. at 3.)

The United States is the only proper defendant in an action brought pursuant to the FTCA. 28 U.S.C. §§ 1346(b), 2679(a) and (b); *Allen v. Veterans Admin.*, 749 F.2d 1386, 1388 (9th Cir. 1984). "Individual agencies of the United States may not be sued." *Allen*, 749 F.2d at 1388. Thus, because Plaintiff has not sued the United States, the Court will dismiss the First Amended Complaint with leave to amend.

**IT IS ORDERED** that the First Amended Complaint (Doc. 6) is **dismissed with leave to amend**. Plaintiff shall file a Second Amended Complaint within **forty-five (45) days** of the date this Order is filed. If Plaintiff fails to file a Second Amended Complaint within forty-five (45) days, the Clerk of Court shall enter a judgment of dismissal of this action without prejudice.

Dated this 10th day of November, 2021.

_____
Honorable Rosemary Márquez
United States District Judge